# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| DONNA K. SOUTTER, *for herself and on behalf of all similarly situated individuals* : : : : Plaintiff, : : v. : : TRANS UNION, LLC, : : Defendant. : | Civil Action No. 3:10-cv-514 |

## PLAINTIFF'S AGREED MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, and moves the Court for leave to file her First Amended Complaint attached hereto as "Exhibit A" for the reasons set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,
**DONNA K. SOUTTER**,
*For herself and on behalf of all similarly situated individuals.*

Dated: February 15, 2011

/s/
Leonard A. Bennett, VSB # 37523
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 facsimile
lenbennett@clalegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of February, 2011 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Paul Lee Myers
Strasburger & Price LLP
2801 Network Blvd
Suite 600
Frisco, TX 75034
paul.myers@strasburger.com

Matthew Kasey Ratliff
Strasburger & Price LLP
901 Main St
Suite 4400
Dallas, TX 75202
kasey.ratliff@strasburger.com

Michael Robert Ward
Morris & Morris PC
700 East Main Street
Suite 1100
PO Box 30
Richmond, VA 23218
mward@morrismorris.com

                /s/
        Leonard A. Bennett, VSB # 37523
        Consumer Litigation Associates, P.C.
        12515 Warwick Boulevard, Suite 100
        Newport News, VA 23606
        (757) 930-3660
        (757) 930-3662 facsimile
        lenbennett@clalegal.com