IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DONNA K. SOUTTER, for herself and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:10CV514–HEH<br>)<br>)<br>)<br>) |

## ORDER
### (Granting Plaintiff's Agreed Motion for Leave to Amend Complaint)

THIS MATTER is before the Court on Plaintiff's Agreed Motion for Leave to Amend Complaint (Dk. No. 16), filed on February 15, 2011. Upon due consideration and there being no objection, the Motion is GRANTED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                          Henry E. Hudson
                                          United States District Judge

Date: Feb. 22, 2011
Richmond, VA