IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
For herself and on behalf of all
Similarly situated individuals,

       Plaintiff,                      **Civil No. 3:10-cv-00514-HEH**

v.

TRANS UNION, LLC,

       Defendant.

## JOINT STIPULATION REGARDING INJUNCTIVE AND DECLARATORY RELIEF ALLEGATIONS

Plaintiff Donna K. Soutter and Defendant Trans Union LLC, through their counsel, and hereby stipulate to the following:

Paragraph 17 of Plaintiff's First Amended Complaint filed on March 16, 2011 ("First Amended Complaint"), contains the following allegation:

> 17. **Injunctive Relief Appropriate for the Class. Fed. R. Civ. P. 23(b)(2).** Class certification is appropriate, because Defendant has acted on grounds generally applicable to the class, making appropriate equitable injunctive relief with respect to Plaintiff and the putative class members.

The prayer of Plaintiff's First Amended Complaint, contains the following prayer for relief:

> 5. Injunctive and declaratory relief as pled.

Notwithstanding the foregoing allegations, the parties hereby stipulate that neither Plaintiff nor any of the putative class members are seeking injunctive or declaratory relief in this matter. The parties further stipulate that paragraph 17 and that part of the prayer seeking "injunctive and declaratory relief has pled" should be deleted from Plaintiff's First Amended Complaint.

Date: March 28, 2011.

Respectfully Submitted,

DONNA K. SOUTTER,
For herself and on behalf of all similarly situated
Individuals.


/s/_____
Leonard Anthony Bennett
Virginia bar number 37523
Attorney for Plaintiff
Consumer Litigation Associates, P.C.
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
Phone:  (757) 930-3660
Fax:  (757) 930-3662 facsimile
lenbennett@clalegal.com


TRANS UNION, LLC


/s/_____
Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union, LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone:  (804) 344-8300
Fax:  (804) 344-8539
mward@morrismorris.com

and

Paul Lee Myers          *Pro Hac Vice*
Strasburger & Price LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034
(469) 287-3903/ (469) 227-6567 Fax
paul.myers@strasburger.com

and

2

        M. Kasey Ratliff    ***Pro Hac Vice***
        Strasburger & Price LLP
        901 Main St, Suite 4400
        Dallas, TX 75202
        (214) 651-4708/ (214) 659-4007 Fax
        kasey.ratliff@strasburger.com
        ***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 28 day of March, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Leonard Anthony Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
lenbennett@cox.net
***Counsel for Plaintiff***

I further certify that I will cause a copy of the foregoing Stipulation and corresponding NEF by electronic mail on the following non-filing user:  None

        /s/_____
        Michael R. Ward
        Virginia bar number 41133
        Attorney for Trans Union, LLC
        Morris & Morris, P.C.
        P.O. Box 30
        Richmond, VA 23218-0030
        Phone:  (804) 344-8300
        Fax:  (804) 344-8539
        mward@morrismorris.com