IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
For herself and on behalf of all
Similarly situated individuals,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

**Civil No. 3:10-cv-00514-HEH**

## CONSENT ORDER ON AGREED MOTION FOR ENLARGEMENT OF TIME REGARDING DISCOVERY

This cause comes before this Court on Trans Union's Agreed Motion for Enlargement of Time Regarding Discovery seeking an extension of time within which to provide its objections and privilege log to Plaintiff's Interrogatories and Request for Production of Documents through and including May 11, 2011. Plaintiff has agreed to the extension.

IT IS HERE ORDERED that the Motion is granted and Trans Union shall have through and including May 11, 2011 within which to serve its objections and privilege log to Plaintiff's Interrogatories and Requests for Production of Documents.

SO ORDERED this the 22-day of April, 2011.

                              /s/
                          Judge, United States District Court
                          Henry E. Hudson

We ask for this:

/s/ Michael Ward
Michael R. Ward
Attorney for Trans Union
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030


Leonard Anthony Bennett
Susan M. Rotkis
Attorneys for Donna K. Soutter
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606

We ask for this:

_____
Michael R. Ward
Attorney for Trans Union
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030


/s/ Susan M. Rotkis
_____
Leonard Anthony Bennett
Susan M. Rotkis #40693 VSB#
Attorneys for Donna K. Soutter
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606

2