IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
For herself and on behalf of all
Similarly situated individuals,

      Plaintiff,

v.

TRANS UNION, LLC,

      Defendant.

Civil No. 3:10-cv-00514-HEH

## CONSENT ORDER STAYING CASE

COME NOW, Plaintiff and Defendant, by and through their counsel of record, and jointly move for and consent to a stay in these proceedings. Upon consideration thereof, and for good cause shown, and by agreement of counsel, it is hereby,

ORDERED, ADJUDGED, AND DECREED that these proceedings, including all pleading, motion and discovery deadlines, are hereby STAYED for sixty (60) days from the date of this order; and it is further

ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Dennis W. Donhal is hereby appointed to supervise and monitor settlement discussions, to enlarge the initial stay and to report when, in the opinion of the Magistrate Judge, it is appropriate to lift the stay and to reset the deadlines in light of the status of settlement discussions.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to Judge Donhal.

May 3, 2011
Date

                              /s/
                        HENRY E. HUDSON
                        UNITED STATES DISTRICT JUDGE

RECEIVED
APR 2 8 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

AGREED:

*/s/ Susan Mary Rotkis*

Susan Mary Rotkis
Virginia State Bar #40693
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
(757) 930-3660
Telecopy: (757) 930-3662
srotkis@clalegal.com

*/s/ Michael R. Ward*

Michael R. Ward
Virginia State Bar #41133
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218-0030
(804) 344-8300
(804) 344-8539 Fax
mward@morrismorris.com