IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
For herself and on behalf of all
Similarly situated individuals,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

Civil No. 3:10-cv-00514-HEH

### CONSENT ORDER

Plaintiff and Defendant jointly moved for and consent to a continuance of the October 24, 2011 trial setting and a stay in these proceedings. The Court finds that the resolution of the interlocutory appeal of the class certification order in *Donna K. Soutter v. Equifax Information Services, LLC*, No. 3:10-CV-00107-REP (E.D. Va.) ("Equifax Litigation"), while not dispositive of this litigation, may bear on issues likely to be presented in this matter. Upon consideration thereof, and for good cause shown, and by agreement of counsel, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the current October 24, 2011 trial setting is CONTINUED; and it is further

ORDERED, ADJUDGED, AND DECREED that all proceedings, including the trial date and all pleading, motion and discovery deadlines, are hereby STAYED pending further order of this Court; and it is further

ORDERED, ADJUDGED, AND DECREED that the Parties are ordered to advise the Court of the outcome of the interlocutory appeal of the class certification order in the Equifax Litigation within fourteen (14) days following the ruling of the U.S. Fourth Circuit Court of Appeals.

RECEIVED OCT 24 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

It is so ORDERED.

_Oct 25, 2011_
Date

/s/ HEH
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

We ask for this:

_____
Leonard Anthony Bennett
Virginia State Bar #37523
Susan Mary Rotkis
Virginia State Bar #40693
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
(757) 930-3660 Telephone
(757) 930-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com


_____
Michael R. Ward
Virginia State Bar #41133
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218-0030
(804) 344-8300 Telephome
(804) 344-8359 Facsimile
mward@morrismorris.com