**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

DONNA K. SOUTTER,
*For herself and on behalf of all*
*Similarly situated individuals*,

Plaintiff,

v. Civil Action No. 3:10-cv-00514-HEH

TRANS UNION, LLC,

Defendant.

**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND CLASS CERTIFICATION FOR SETTLEMENT**

Plaintiff Donna K. Soutter ("Plaintiff"), on behalf of herself and all others similarly situated, pursuant to Fed. R. Civ. P. 23, hereby moves the Court for Preliminary Approval of Class Action Settlement Agreement and Class Certification for Settlement. For the reasons supplied in the accompanying Memorandum in Support, filed herewith, the Plaintiff respectfully requests that the court enter a Preliminary Approval Order:

(1) preliminarily approving a proposed class settlement,

(2) scheduling a fairness hearing,

(3) certifying the proposed settlement class for purposes of the proposed class settlement,

(4) appointing class counsel, and

(5) approving the form and manner of notice proposed to be sent to all members of the settlement classes.

The Plaintiff has attached as exhibits to the Memorandum in Support of this motion a Proposed Preliminary Approval Order and Proposed Class Notice.

Respectfully submitted,

**DONNA K. SOUTTER,**
***For herself and on behalf of all***
***Similarly situated individuals,***

By: ________/s/________________

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com

Susan M. Rotkis
VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

Janelle Mason Mikac
VSB# 82389
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Phone: (703) 273-7770
Fax: (888) 892-3513
E-mail: janelle@clalegal.com

*Attorneys for Plaintiff and the Class Members*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Grant E. Kronenberg
Michael Robert Ward
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
E-mail: gkronenberg@morrismorris.com
Email: mward@morrismorris.com

Matthew Kasey Ratliff
Strasberger & Price, LLP
901 Main Street, Suite 4400
Dallas, TX 75202
E-mail: kasey.ratliff@strasburger.com

Paul Lee Myers
Strasburger & Price, LLP
2801 Network Boulevard
Suite 600, Frisco, TX 75034
E-mail: paul.myers@strasburger.com

Stephen Newman
Strook, Strook & Lavan, LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067-3086
E-mail: snewman@strook.com

/s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com