Agreed and accepted:

Dated: _____, 2013          By:_____
                                        Donna K. Soutter


Dated: _____, 2013          TRANSUNION LLC

                                By_____
                                    Name:
                                    Title:


Approved as to form and content:

Dated: December 5, 2013         CONSUMER LITIGATION ASSOCIATES

                                By_____
                                        Leonard A. Bennett
                                Attorneys for Plaintiff and the Settlement Class


Approved as to form:

Dated: December 5, 2013         STROOCK & STROOCK & LAVAN LLP

                                By_____
                                        Stephen J. Newman
                                   Attorneys for TransUnion LLC

LA 51669002v12

Exhibit 1