IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
For herself and on behalf of all
Similarly situated individuals,

        Plaintiff,                  Civil No. 3:10-cv-00514-HEH

v.

TRANS UNION, LLC,

        Defendant.

## ORDER GRANTING EXTENSION OF TIME TO MOVE FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

THIS matter is before the Court on the Parties' Joint Motion for an Extension of Time to Move for Final Approval of Class Action Settlement. The Parties have requested the extension of time for the purpose of ensuring a complete and proper class list is generated, that all class members receive notice and have an opportunity to object, exclude and to be heard. Having considered the matter and deeming it proper and just to do so, it is hereby Ordered:

1. the Final Fairness Hearing shall be June 4, 2014, at 11:00 a.m.;

2. Class Members shall have until May 22, 2013, by which to postmark any objection, exclusion request, or request to appear at the Final Fairness Hearing;

3. the Class Notice shall be revised to indicate May 22, 2014, is the postmark date by which Class Members, must exclude, object, or request to appear at the Final Fairness Hearing.

It is so Ordered.

March 10, 2014

/s/
Henry E. Hudson
United States District Judge