IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,

**For herself and on behalf of all**

**Similarly situated individuals,**

        **Plaintiff,**        Civil No. 3:10-cv-00514-HEH

v.

TRANS UNION, LLC,

        **Defendant.**

## AFFIDAVIT

Be it known that Dawn Michelle Chaffer appeared personally before the undersigned today, and upon her oath states:

1. I am an employee of Consumer Litigation Associates, P.C. ("CLA").

2. CLA in Newport News, Virginia received a total of 519 telephone calls from Class Members. Each telephone call was answered by a live person, to include 4 attorneys, 2 paralegals, and 3 legal assistants, who assisted the Class Members with understanding the content of the Notice and the deadlines.

3. CLA in Alexandria, Virginia received a total of 226 telephone calls and 105 emails from Class Members. Each telephone call and email was answered by a live person, to include 3 attorneys and 1 paralegal, who assisted the Class Members with understanding the content of the Notice and the deadlines.

The foregoing is true and correct to the best of my knowledge.

                      _/s/ Dawn Michelle Chaffer_
                      Dawn Michelle Chaffer

STATE OF VIRGINIA
CITY OF NEWPORT NEWS

Subscribed to and sworn before me this 29th day of May, 2014.

Registration No: 7520644

Commission Expiration: 1/31/2016

Notary Public

YVONNE ALEXANDRA WRAY
Notary Public
Commonwealth of Virginia
7520644
Commission Expires Jan 31, 2016